UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIE HARRIS,

        Plaintiff,

  v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

No. 2:14-cv-0971 CKD

ORDER TO SHOW CAUSE

      By order filed April 23, 2014, plaintiff was directed to submit to the United States Marshal a completed summons and copies of the complaint, and to file a statement with the court that said documents had been submitted to the United States Marshal.

      Plaintiff failed to submit the statement of compliance. More than three months have passed and no answer has been filed nor is there any evidence that plaintiff has taken the proper steps to ensure service of summons by the Marshal.

      Accordingly, IT IS HEREBY ORDERED that plaintiff shall within fourteen days from the date of this order show cause why this action should not be dismissed for lack of prosecution.

Dated: August 21, 2014

                                              _/s/ Carolyn K. Delaney_
                                          CAROLYN K. DELANEY
                                          UNITED STATES MAGISTRATE JUDGE

4 harris0971.usm.osc